# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ERIC GALLWIN**                                                                                      **PLAINTIFF**

v.                              No: 3:21-cv-166-DPM

**GREENE COUNTY and**
**GREENE COUNTY DETENTION CENTER**                         **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Gallwin hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 4 & 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 September 2021