# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ERIC GALLWIN                                                                    PLAINTIFF

v.                                    No: 3:21-cv-166-DPM

GREENE COUNTY and
GREENE COUNTY DETENTION CENTER                          DEFENDANTS

## JUDGMENT

Gallwin's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

20 September 2021